◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CUMMINGS, Appellant. [4 NYS3d 911]—Appeal by the defendant, as limited by his motion, from a sentence of the

Supreme Court, Kings County (Ozzi, J.), imposed May 31, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.